# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEHAVIORAL HEALTH INDUSTRY NEWS, INC. d/b/a OPEN MINDS,** | : : : | **CIVIL ACTION NO. 1:16-CV-1874** |
| | : | **(Chief Judge Conner)** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **MENTAL HEALTH SYSTEMS, INC.,** | : : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of September, 2016, it is hereby ORDERED that the case management conference scheduled for October 12, 2016, is hereby **RESCHEDULED to Wednesday, October 19, 2016, at 10:45 a.m.**

  /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania