# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEHAVIORAL HEALTH INDUSTRY NEWS, INC. D/B/A OPEN MINDS,<br><br>Plaintiff,<br><br>v.<br><br>MENTAL HEALTH SYSTEMS, INC.,<br><br>Defendant. | Civil Action<br><br>No.: 1:16-cv-01874-CCC |

### DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER THIS CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Mental Health Systems, Inc., by and through its attorneys, DLA Piper LLP (US), hereby moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction or, in the alternative, to transfer this case to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a).  The reasons in support of this Motion are set forth more fully in the accompanying Brief in Support.

Respectfully submitted,

/s/ Lauren M. Wilchek
**DLA PIPER LLP (US)**
Lauren M. Wilchek
Identification No.: 207101
One Liberty Place

1650 Market Street, Suite 4900
Philadelphia, PA 19103
(215) 656-3300
(215) 656-3301 (*fax*)
lauren.wilchek@dlapiper.com

Pamela Naughton
Rebecca Roberts
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700
(619) 699-2701 (*fax*)
pamela.naughton@dlapiper.com
rebecca.roberts@dlapiper.com
*Pro hac vice applications anticipated*

Attorneys for Defendant Mental Health Systems, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certifies that a copy of the foregoing Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer this Case to the Southern District of California was served by first-class mail, postage prepaid, on September 19, 2016, upon counsel of record:

>Dana W. Chilson
>Elizabeth S. Daniels
>**MCNEES WALLACE & NURICK LLC**
>100 Pine Street
>P.O. Box 1166
>Harrisburg, PA 17108-1166

/s/ Lauren M. Wilchek