IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEHAVIORAL HEALTH INDUSTRY NEWS, INC. D/B/A OPEN MINDS,<br><br>    Plaintiff,<br><br>    v.<br><br>MENTAL HEALTH SYSTEMS, INC.,<br><br>    Defendant. | Civil Action<br><br>No.:  1:16-cv-01874-CCC |

**CERTIFICATE OF NON-CONCURRENCE**

I, Lauren M. Wilchek, hereby certify that I am an attorney for Defendant Mental Health Systems, Inc. ("Defendant") and that counsel for Plaintiff Behavioral Health Industry News, Inc. d/b/a Open Minds does not consent to Defendant's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction or, in the alternative, to transfer this case to the U.S. District Court for the Southern District of California.

/s/ Lauren M. Wilchek
**DLA PIPER LLP (US)**
Lauren M. Wilchek
Identification No.:  207101
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103

(215) 656-3300
(215) 656-3301 (*fax*)
lauren.wilchek@dlapiper.com

Pamela Naughton
Rebecca Roberts
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700
(619) 699-2701 (*fax*)
pamela.naughton@dlapiper.com
rebecca.roberts@dlapiper.com
*Pro hac vice applications anticipated*

Attorneys for Defendant Mental Health Systems, Inc.