# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEHAVIORAL HEALTH INDUSTRY NEWS, INC. D/B/A OPEN MINDS, | Civil Action |
| Plaintiff, | No.: 1:16-cv-01874-CCC |
| v. | |
| MENTAL HEALTH SYSTEMS, INC., | |
| Defendant. | |

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of the motion of Defendant Mental Health Systems, Inc. to dismiss for lack of personal jurisdiction, and any response thereto, it is hereby ORDERED that the motion is GRANTED and the complaint is DISMISSED.

BY THE COURT:

_____
CONNER, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEHAVIORAL HEALTH INDUSTRY NEWS, INC. D/B/A OPEN MINDS,<br><br>Plaintiff,<br><br>v.<br><br>MENTAL HEALTH SYSTEMS, INC.,<br><br>Defendant. | Civil Action<br><br>No.: 1:16-cv-01874-CCC |

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of the motion of Defendant Mental Health Systems, Inc. to transfer venue to the Southern District of California, and any response thereto, it is hereby ORDERED that the motion is GRANTED and this case is TRANSFERRED to the U.S. District Court for the Southern District of California.

BY THE COURT:

_____
CONNER, J.