# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEHAVIORAL HEALTH INDUSTRY NEWS, INC. D/B/A OPEN MINDS, INC.,** | : | **CIVIL ACTION NO. 1:16-CV-1874** |
| | : | |
| | : | **(Chief Judge Conner)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MENTAL HEALTH SYSTEMS, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of May, 2017, upon consideration of the motion (Doc. 5) to dismiss or, in the alternative, to transfer venue filed by defendant, and the parties' respective briefs in support of and opposition to said motion (Docs. 6, 7, 15), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.     The motion (Doc. 5) to dismiss for lack of personal jurisdiction is DENIED with prejudice.

2.     The motion (Doc. 5) to transfer venue is DENIED without prejudice.


                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania