# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEHAVIORAL HEALTH INDUSTRY NEWS, INC., D/B/A/ OPEN MINDS,** | : | **CIVIL ACTION NO. 1:16-CV-1874** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **MENTAL HEALTH SYSTEMS, INC.,** | : | |
| | : | |
| **Defendant, and Counterclaim Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **BEHAVIORAL HEALTH INDUSTRY NEWS, INC., D/B/A OPEN MINDS, MONICA E. OSS, and JOE NAUGHTON-TRAVERS,** | : | |
| | : | |
| **Counterclaim and Third-Party Defendants** | : | |

## ORDER

AND NOW, this 17th day of May, 2018, upon consideration of the motion (Doc. 44) filed by counterclaim defendant Open Minds and third-party defendants Monica Oss and Joe Naughton-Travers (collectively, "the Open Minds defendants"), seeking to partially dismiss the amended counterclaims filed by defendant Mental Health Systems, Inc. ("MHS"), and to strike paragraph 3 of MHS's amended counterclaims in part, and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is

hereby ORDERED that:

1. The Open Minds defendants' motion (Doc. 44) is GRANTED in part and DENIED in part as follows:

    a. The last two sentences of paragraph 3 of MHS's amended counterclaims are stricken.

    b. The Open Minds defendants' motion is otherwise DENIED.

2. The Open Minds defendants shall respond to MHS's amended counterclaims in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania